# U.S. District Court
## U.S. District of Minnesota (DMN)
## CRIMINAL DOCKET FOR CASE #: <u>0:14–cr–00323–DSD–LIB</u>–1

Case title: USA v. Furman

Date Filed: 10/07/2014
Date Terminated: 07/20/2016

---

Assigned to: Senior Judge David S. Doty
Referred to: Magistrate Judge Leo I. Brisbois

**<u>Defendant (1)</u>**

| | | |
|---|---|---|
| **Rex Lee Furman**<br>*TERMINATED: 07/20/2016* | represented by | **Manvir K Atwal**<br>Office of the Federal Defender<br>300 S 4th St Ste 107<br>Mpls, MN 55415<br>(612) 664–5858<br>Fax: (612) 664–5850<br>Email: manny_atwal@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **<u>Pending Counts</u>** | **<u>Disposition</u>** |
|---|---|
| 18:2251(a), 2251(e), and 3559(e)<br>PRODUCTION OF CHILD PORNOGRAPHY<br>(1s–8s) | Custody of the BOP for a term of life on each of counts 1–13, 480 months on each of counts 14–16, and 240 months on count 17, all counts to run concurrent to each other; 120 months on count 18 to run consecutively to all other counts; Life Term of Supervised Release; $3,000.00 Restitution; $1,800.00 total Special Assessment |
| 18:2251(a), 2251(e), 3559(e), and 2<br>AIDED AND ABETTED PRODUCTION OF CHILD PORNOGRAPHY<br>(9s–13s) | Custody of the BOP for a term of life on each of counts 1–13, 480 months on each of counts 14–16, and 240 months on count 17, all counts to run concurrent to each other; 120 months on count 18 to run consecutively to all other counts; Life Term of Supervised Release; $3,000.00 Restitution; $1,800.00 total Special Assessment |
| 18:2252(a)(2) and 2252(b)(1)<br>DISTRIBUTION OF CHILD PORNOGRAPHY<br>(14s–15s) | Custody of the BOP for a term of life on each of counts 1–13, 480 months on each of counts 14–16, and 240 months on count 17, all counts to run concurrent to each other; 120 months on count 18 to run consecutively to all other counts; Life Term of Supervised Release; $3,000.00 Restitution; |

$1,800.00 total Special Assessment

| | |
|---|---|
| 18:2252(a)(2) and 2252(b)(1)<br>RECEIPT OF CHILD<br>PORNOGRAPHY<br>(16s) | Custody of the BOP for a term of life on each of counts 1–13, 480 months on each of counts 14–16, and 240 months on count 17, all counts to run concurrent to each other; 120 months on count 18 to run consecutively to all other counts; Life Term of Supervised Release; $3,000.00 Restitution; $1,800.00 total Special Assessment |
| 18:2252(a)(4)(B) and 2252(b)(2)<br>POSSESSION OF CHILD<br>PORNOGRAPHY<br>(17s) | Custody of the BOP for a term of life on each of counts 1–13, 480 months on each of counts 14–16, and 240 months on count 17, all counts to run concurrent to each other; 120 months on count 18 to run consecutively to all other counts; Life Term of Supervised Release; $3,000.00 Restitution; $1,800.00 total Special Assessment |
| 18:2260A COMMISSION OF A<br>FELONY OFFENSE INVOLVING<br>A MINOR WHEN REQUIRED<br>TO REGISTER AS A SEX<br>OFFENDER<br>(18s) | Custody of the BOP for a term of life on each of counts 1–13, 480 months on each of counts 14–16, and 240 months on count 17, all counts to run concurrent to each other; 120 months on count 18 to run consecutively to all other counts; Life Term of Supervised Release; $3,000.00 Restitution; $1,800.00 total Special Assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2251(a), 2251(e), and 3559(e)<br>PRODUCTION OF CHILD<br>PORNOGRAPHY<br>(1–8) | Dismissed |
| 18:2251(a), 2251(e), 3559(e) and 2<br>AIDED AND ABETTED<br>PRODUCTION OF CHILD<br>PORNOGRAPHY<br>(9–13) | Dismissed |
| 18:2252(a)(2) and 2252(b)(1)<br>DISTRIBUTION OF CHILD<br>PORNOGRAPHY<br>(14–15) | Dismissed |
| 18:2252(a)(2) and 2252(b)(1)<br>RECEIPT OF CHILD<br>PORNOGRAPHY<br>(16) | Dismissed |
| 18:2252(a)(4)(B) and 2252(b)(2)<br>POSSESSION OF CHILD<br>PORNOGRAPHY | Dismissed |

(17)

18:2260A COMMISSION OF A
FELONY OFFENSE INVOLVING
A MINOR WHEN REQUIRED
TO REGISTER AS A SEX                    Dismissed
OFFENDER
(18)

**Highest Offense Level
(Terminated)**

Felony

**Complaints**                          **Disposition**

None

---

**Plaintiff**

USA                        represented by    **Alexandra Ruth Gelber**
                                             US Department of Justice
                                             1400 New York Avenue NW
                                             Suite 600
                                             Washington, DC 20530
                                             202–307–1316
                                             Email: alexandra.gelber@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *PRO HAC VICE*
                                             *ATTORNEY TO BE NOTICED*

                                             **James S Alexander**
                                             United States Attorney's Office
                                             300 S 4th St Ste 600
                                             Minneapolis, MN 55415
                                             612–664–5600
                                             Fax: 612–664–5788
                                             Email: jim.alexander@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Melinda A Williams**
                                             United States Attorney's Office
                                             300 S 4th St Ste 600
                                             Minneapolis, MN 55415
                                             612–664–5719
                                             Fax: 612–664–5787
                                             Email: melinda.williams@usdoj.gov
                                             *LEAD ATTORNEY*
                                             *ATTORNEY TO BE NOTICED*

                                             **Carol M Kayser**

United States Attorney's Office – St. Paul
316 North Robert Street, Suite 404
St. Paul, MN 55101
612–664–5600
Fax: 612–664–5786
Email: carol.kayser@usdoj.gov
*TERMINATED: 09/01/2015*

**Karen B Schommer**
United States Attorney's Office
300 S 4th St Ste 600
Minneapolis, MN 55415
612–664–5600
Fax: 612–664–5787
Email: karen.schommer@usdoj.gov
*TERMINATED: 09/21/2015*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/07/2014 | 1 | | INDICTMENT assigned to Judge David S. Doty referred to Magistrate Judge Leo I. Brisbois by USA Melinda Williams as to Rex Lee Furman (1) count(s) 1–8, 9–13, 14–15, 16, 17, 18. Forfeiture allegations as to this indictment. (LEG) Document QCd by leg. Modified text on 10/8/14 (LEG). (Entered: 10/08/2014) |
| 10/07/2014 | 2 | | Defendant Information Sheet as to Rex Lee Furman. (Attachments: # 1 Original Signature Page) (LEG) Document QCd by leg. Modified text on 10/8/14 (LEG). (Entered: 10/08/2014) |
| 10/23/2014 | 5 | | Minute Entry for proceedings held before Magistrate Judge Jeffrey J. Keyes: Initial Appearance as to Rex Lee Furman held on 10/23/2014. Counsel Appointed; Gov't moves for and temporary detention is granted. (Arraignment and Detention Hearing set for 10/27/2014 11:30 AM in Courtroom 6A (STP) before Magistrate Judge Jeffrey J. Keyes) (AKL) (Entered: 10/27/2014) |
| 10/23/2014 | 6 | | ORDER OF TEMPORARY DETENTION as to Rex Lee Furman: Detention/Arraignment Hearing set for 10/27/2014 11:30 AM in Courtroom 6A (STP) before Magistrate Judge Jeffrey J. Keyes. Signed by Magistrate Judge Jeffrey J. Keyes on 10/23/14. (AKL) (Entered: 10/27/2014) |
| 10/24/2014 | 4 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for Rex Lee Furman. (Atwal, Manvir) (Entered: 10/24/2014) |
| 10/27/2014 | 7 | | Minute Entry for proceedings held before Magistrate Judge Jeffrey J. Keyes: Detention Hearing as to Rex Lee Furman held on 10/27/2014. Counsel present. Deft Ordered Detained – Govt to submit proposed order. Deft also arraigned see separate minutes. (AKL) (Entered: 10/28/2014) |
| 10/27/2014 | 8 | | Minute Entry for proceedings held before Magistrate Judge Jeffrey J. Keyes: Arraignment as to Rex Lee Furman (1) Count 1–8,9–13,14–15,16,17,18 held on 10/27/2014. Not Guilty Plea Entered. Disclosure due by 11/3/2014. Motions due by 11/17/2014. Jury Trial set for 1/12/2015 09:00 AM in |

| | | | |
|---|---|---|---|
| | | | Courtroom 14W (MPLS) before Senior Judge David S. Doty. Motion Hearing set for 12/8/2014 11:00 AM in Courtroom 3 (DUL) before Magistrate Judge Leo I. Brisbois. Voir Dire/Jury Instructions deadline due by 1/5/2015. (AKL) (Entered: 10/28/2014) |
| 10/29/2014 | 9 | | BENCH Warrant Returned Executed on 10/22/2014 as to Rex Lee Furman. (ALM)DOCUMENT QC'D ON 11/4/14 LGL Modified on 11/4/2014 (LGL). (Entered: 10/29/2014) |
| 10/31/2014 | 10 | | ARRAIGNMENT ORDER as to Rex Lee Furman. Signed by Magistrate Judge Jeffrey J. Keyes on 10/31/14. (AKL) (Entered: 11/03/2014) |
| 11/17/2014 | 11 | | MOTION for Continuance by Rex Lee Furman. (Atwal, Manvir) (Entered: 11/17/2014) |
| 11/17/2014 | 12 | | MOTION to Exclude Time Under the Speedy Trial Act by Rex Lee Furman. (Atwal, Manvir) (Entered: 11/17/2014) |
| 11/18/2014 | 13 | | STATEMENT OF FACTS in Support of Exclusion of Time Under the Speedy Trial Act by Rex Lee Furman re 12 MOTION to Exclude Time Under the Speedy Trial Act, 11 MOTION for Continuance (Atwal, Manvir) (Entered: 11/18/2014) |
| 11/19/2014 | 14 | | AMENDED ARRAIGNMENT ORDER– granting 11 Motion for Continuance; granting 12 Motion to Exclude Time Under the Speedy Trial Act as to Rex Lee Furman (1). (Disclosure due by 11/3/2014, Jury Trial set for 3/30/2015 09:00 AM in Courtroom 14W (MPLS) before Senior Judge David S. Doty, Motions due by 1/12/2015, Motion Hearing set for 2/2/2015 01:30 PM in Courtroom 3 (DUL) before Magistrate Judge Leo I. Brisbois, Voir Dire/Jury Instructions deadline due by 3/23/2015. Signed by Magistrate Judge Leo I. Brisbois on 11/19/14. (AKL) Modified text on 11/20/2014 (MKG). (Entered: 11/19/2014) |
| 11/21/2014 | 15 | | SECOND AMENDED ARRAIGNMENT ORDER granting 11 Motion for Continuance; granting 12 Motion to Exclude Time Under the Speedy Trial Act as to Rex Lee Furman (1). (Disclosure due by 11/3/2014, Jury Trial set for 3/30/2015 09:00 AM in Courtroom 14W (MPLS) before Senior Judge David S. Doty, Motions due by 1/12/2015, Motion Hearing set for 2/2/2015 01:30 PM in Courtroom 3 (DUL) before Magistrate Judge Leo I. Brisbois, Voir Dire/Jury Instructions deadline due by 3/23/2015. Signed by Magistrate Judge Leo I. Brisbois on 11/21/14. (MKG) Modified text on 11/24/2014 (JDF). (Entered: 11/21/2014) |
| 01/12/2015 | 16 | | MOTION for Disclosure *of 404 Evidence* by Rex Lee Furman. (Atwal, Manvir) (Entered: 01/12/2015) |
| 01/12/2015 | 17 | | MOTION for Discovery by USA as to Rex Lee Furman. (Williams, Melinda) (Entered: 01/12/2015) |
| 01/12/2015 | 18 | | MOTION to Compel *Attorney for the Government to Disclosed Evidence Favorable to the Defendant* by Rex Lee Furman. (Atwal, Manvir) (Entered: 01/12/2015) |
| 01/12/2015 | 19 | | MOTION for Discovery *of Expert Under Rule 16(a)(1)(G)* by Rex Lee Furman. (Atwal, Manvir) (Entered: 01/12/2015) |

| 01/12/2015 | 20 | | MOTION to Retain Rough Notes *and Evidence* by Rex Lee Furman. (Atwal, Manvir) (Entered: 01/12/2015) |
|---|---|---|---|
| 01/12/2015 | 21 | | MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure* by Rex Lee Furman. (Atwal, Manvir) (Entered: 01/12/2015) |
| 01/12/2015 | 22 | | MOTION to Suppress *Statements, Admissions and Answers* by Rex Lee Furman. (Atwal, Manvir) (Entered: 01/12/2015) |
| 01/12/2015 | 23 | | MOTION for Discovery *and Inspection* by Rex Lee Furman. (Atwal, Manvir) (Entered: 01/12/2015) |
| 01/12/2015 | 24 | | MOTION for Discovery *Declaration and Outline of Pre−Trial Motions* by Rex Lee Furman. (Atwal, Manvir) (Entered: 01/12/2015) |
| 01/20/2015 | 25 | | RESPONSE by USA as to Rex Lee Furman re 21 MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure*, 18 MOTION to Compel *Attorney for the Government to Disclosed Evidence Favorable to the Defendant*, 20 MOTION to Retain Rough Notes *and Evidence*, 19 MOTION for Discovery *of Expert Under Rule 16(a)(1)(G)*, 23 MOTION for Discovery *and Inspection*, 16 MOTION for Disclosure *of 404 Evidence*, 22 MOTION to Suppress *Statements, Admissions and Answers* (Attachments: # 1 Exhibit(s) A) (Williams, Melinda) (Entered: 01/20/2015) |
| 02/02/2015 | 26 | | Minute Entry for proceedings held before Magistrate Judge Leo I. Brisbois: Motion Hearing as to Rex Lee Furman held on 2/2/2015; motions taken under advisement as of 2/2/15; motion 22 taken under advisement as of 2/12/15. Order and R&R to be issued. (AKL) (Entered: 02/03/2015) |
| 02/04/2015 | 27 | | ORDER granting in part and denying in part 16 Motion for Disclosure; granting 17 Motion for Discovery; granting 18 Motion to Compel; granting 19 Motion for Discovery; granting 20 Motion to Retain Rough Notes; granting 23 Motion for Discovery as to Rex Lee Furman (1). Signed by Magistrate Judge Leo I. Brisbois on 2/4/15. (AKL) (Entered: 02/04/2015) |
| 02/06/2015 | 28 | | MEMORANDUM in Support by Rex Lee Furman re 21 MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure and Statements* (Atwal, Manvir) (Entered: 02/06/2015) |
| 02/11/2015 | 29 | | MEMORANDUM in Opposition by USA as to Rex Lee Furman re 22 MOTION to Suppress *Statements, Admissions and Answers* (Williams, Melinda) (Entered: 02/11/2015) |
| 02/18/2015 | 30 | | REPORT AND RECOMMENDATION as to Rex Lee Furman recommends 21 MOTION to Suppress *Evidence Obtained as a Result of Search and Seizure* be DENIED and 22 MOTION to Suppress *Statements, Admissions and Answers* be DENIED. Objections to R&R due by 3/4/2015 R&R Deadline 3/20/2015. Signed by Magistrate Judge Leo I. Brisbois on 2/18/15. (AKL) (Entered: 02/18/2015) |
| 02/26/2015 | 31 | | MOTION to Exclude Time Under the Speedy Trial Act by Rex Lee Furman. (Atwal, Manvir) (Entered: 02/26/2015) |
| 02/27/2015 | 32 | | STATEMENT OF FACTS in Support of Exclusion of Time Under the Speedy Trial Act by Rex Lee Furman re 31 MOTION to Exclude Time Under the Speedy Trial Act (Atwal, Manvir) (Entered: 02/27/2015) |

| 03/03/2015 | 33 | | ORDER granting 31 Motion to Exclude Time Under the Speedy Trial Act as to Rex Lee Furman (1). Signed by Senior Judge David S. Doty on 3/3/2015. (PJM) (Entered: 03/03/2015) |
|---|---|---|---|
| 03/11/2015 | 34 | | ORDER ADOPTING REPORT AND RECOMMENDATIONS as to Rex Lee Furman; Denying 21 Motion to Suppress filed by Rex Lee Furman; Adopting 30 Report and Recommendation; Denying 22 Motion to Suppress filed by Rex Lee Furman. Signed by Senior Judge David S. Doty on 3/11/2015. (PJM) (Entered: 03/11/2015) |
| 04/22/2015 | 35 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA. (Williams, Melinda) (Entered: 04/22/2015) |
| 08/26/2015 | 36 | | MOTION to Exclude Time Under the Speedy Trial Act by Rex Lee Furman. (Atwal, Manvir) (Entered: 08/26/2015) |
| 08/28/2015 | 37 | | STATEMENT OF FACTS in Support of Exclusion of Time Under the Speedy Trial Act by Rex Lee Furman re 36 MOTION to Exclude Time Under the Speedy Trial Act (Atwal, Manvir) (Entered: 08/28/2015) |
| 08/28/2015 | 38 | | Order Granting 36 Motion to Exclude Time Under the Speedy Trial Act as to Rex Lee Furman (1). Signed by Senior Judge David S. Doty on 08/28/2015.(DLO) (Entered: 08/28/2015) |
| 08/31/2015 | 39 | | TEXT ONLY ENTRY – Please be advised a status conference is set for 9/2/2015 at 10:00 a.m. before Judge David S. Doty in Courtroom 14W, Minneapolis, Minnesota. (CLB) (Entered: 08/31/2015) |
| 08/31/2015 | 40 | | TEXT ONLY ENTRY – NOTICE OF COURTROOM CHANGE: The status conference set 9/2/2015 at 10:00 a.m. will be held before Judge David S. Doty in Courtroom 13 WEST, Minneapolis, Minnesota. (CLB) (Entered: 08/31/2015) |
| 09/01/2015 | 41 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA. (Schommer, Karen) (Entered: 09/01/2015) |
| 09/02/2015 | 42 | | Minute Entry for proceedings held before Senior Judge David S. Doty: Status Conference as to Rex Lee Furman held on 9/2/2015. (Court Reporter Staci Heichert) (CLB) (Entered: 09/02/2015) |
| 09/02/2015 | 43 | | TEXT ONLY ENTRY: TRIAL NOTICE as to Rex Lee Furman. Jury Trial set for 10/19/2015 09:00 AM in Courtroom 14W (MPLS) before Senior Judge David S. Doty. Voir dire and jury instructions shall be submitted on or before 10/9/2015.(CLB) (Entered: 09/02/2015) |
| 09/14/2015 | 44 | | NOTICE *Government's Rule 414* by USA as to Rex Lee Furman (Williams, Melinda) (Entered: 09/14/2015) |
| 09/21/2015 | 45 | | TEXT ONLY ENTRY – Trial documents shall be submitted by 9/29/2015, as set forth in the Electronic Case Filing Proedures for the District of Minnesota. (CLB) (Entered: 09/21/2015) |
| 09/21/2015 | 46 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA. (Schommer, Karen) (Entered: 09/21/2015) |
| 09/22/2015 | 47 | | MOTION in Limine *to Preclude Defense From Referring to Potential Sentence* by USA as to Rex Lee Furman. (Williams, Melinda) (Entered: |

| | | | |
|---|---|---|---|
| | | | 09/22/2015) |
| 09/24/2015 | 48 | | TEXT ONLY ENTRY – NOTICE OF PRETRIAL CONFERENCE – A pretrial conference is set for 10/14/2015 at 9:00 a.m. before Judge David S. Doty, Courtroom 14W, Minneapolis, MN. (CLB) (Entered: 09/24/2015) |
| 09/28/2015 | 50 | | MOTION for Admission Pro Hac Vice for U.S. Government Attorney Alexandra Ruth Gelber by USA as to Rex Lee Furman. (Williams, Melinda) (Entered: 09/28/2015) |
| 09/29/2015 | 52 | | MOTION in Limine by Rex Lee Furman. (Atwal, Manvir) (Entered: 09/29/2015) |
| 09/29/2015 | 53 | | MOTION in Limine *to Exclude or Limit Evidence of Uncharged Bad Acts* by Rex Lee Furman. (Atwal, Manvir) (Entered: 09/29/2015) |
| 09/29/2015 | 54 | | MEMORANDUM in Support by Rex Lee Furman re 52 MOTION in Limine (Attachments: # 1 Appendix A to Defendant's Motion in Limine)(Atwal, Manvir) Modified text on 9/30/2015 (JDF). (Entered: 09/29/2015) |
| 09/29/2015 | 55 | | TEXT ONLY ENTRY: ORDER granting 50 Motion for Admission Pro Hac Vice of U.S. Government Attorney Alexandra Ruth Gelber for USA as to Rex Lee Furman (1). Approved by Magistrate Judge Leo I. Brisbois on 9/29/15. (AKL) (Entered: 09/29/2015) |
| 09/29/2015 | 56 | | NOTICE OF ATTORNEY APPEARANCE/SUBSTITUTION for USA. (Gelber, Alexandra) (Entered: 09/29/2015) |
| 09/29/2015 | 57 | | MOTION in Limine *Res Gestae/Rule 404(b)* by USA as to Rex Lee Furman. (Attachments: # 1 Exhibit(s)) (Williams, Melinda) (Entered: 09/29/2015) |
| 09/29/2015 | 58 | | Proposed Jury Instructions for Forfeiture by USA as to Rex Lee Furman (Williams, Melinda) (Entered: 09/29/2015) |
| 09/29/2015 | 59 | | Proposed Special Verdict Form by USA as to Rex Lee Furman (Williams, Melinda) (Entered: 09/29/2015) |
| 09/29/2015 | 60 | | Proposed Voir Dire by USA as to Rex Lee Furman (Williams, Melinda) (Entered: 09/29/2015) |
| 09/29/2015 | 61 | | Proposed Voir Dire by Rex Lee Furman (Atwal, Manvir) (Entered: 09/29/2015) |
| 09/29/2015 | 62 | | Proposed Jury Instructions by USA as to Rex Lee Furman (Williams, Melinda) (Entered: 09/29/2015) |
| 10/01/2015 | 65 | | Proposed Jury Instructions by Rex Lee Furman (Atwal, Manvir) (Entered: 10/01/2015) |
| 10/07/2015 | 67 | | RESPONSE to Motion by USA as to Rex Lee Furman re 53 MOTION in Limine *to Exclude or Limit Evidence of Uncharged Bad Acts*, 52 MOTION in Limine (Williams, Melinda) (Entered: 10/07/2015) |
| 10/09/2015 | 69 | | NOTICE *of Enhanced Statutory Penalties* by USA as to Rex Lee Furman (Attachments: # 1 Exhibit(s) 1)(Williams, Melinda) (Entered: 10/09/2015) |
| 10/13/2015 | 71 | | TRIAL BRIEF by USA as to Rex Lee Furman (Williams, Melinda) (Entered: 10/13/2015) |

Appellate Case: 16-3238    Page: 8    Date Filed: 07/29/2016 Entry ID: 4432189

| 10/14/2015 | 74 | | Minute Entry for proceedings held before Senior Judge David S. Doty: Pretrial Conference as to Rex Lee Furman held on 10/14/2015. (Court Reporter Staci Heichert) (CLB) (Entered: 10/15/2015) |
|---|---|---|---|
| 10/14/2015 | 75 | | SUPERSEDING INDICTMENT assigned to Judge David S. Doty referred to Magistrate Judge Leo I. Brisbois by USA Melinda A. Williams as to Rex Lee Furman (1) counts 1s−8s, 9s−13s, 14s−15s, 16s, 17s and 18s. Forfeiture allegations as to this indictment. (AKL) Modified on 10/15/2015 (AKL). Qc'd on 10/20/2015 (AKL). (Entered: 10/15/2015) |
| 10/14/2015 | 76 | | Original Signature Page as to Rex Lee Furman. (AKL) Qc'd on 10/20/2015 (AKL). (Entered: 10/15/2015) |
| 10/15/2015 | 77 | | TEXT ONLY ENTRY – NOTICE – The Arraignment on the Superseding Indictment is set for 10/19/2015 at 8:30 a.m. before Judge David S. Doty, Courtroom 14W, Minneapolis, MN. (CLB) (Entered: 10/15/2015) |
| 10/16/2015 | 80 | | ORDER re 70 Defer ruling filed by Rex Lee Furman, 64 Defer ruling filed by USA, 53 Granted in Part MOTION in Limine *to Exclude or Limit Evidence of Uncharged Bad Acts* filed by Rex Lee Furman, 57 Granted in Part and Denied in Part MOTION in Limine *Res Gestae/Rule 404(b)* filed by USA, 52 Granted in Part and Denied as moot MOTION in Limine filed by Rex Lee Furman, 63 Granted in Part USA, 47 Granted MOTION in Limine *to Preclude Defense From Referring to Potential Sentence* filed by USA as to Rex Lee Furman (Written Opinion). Signed by Senior Judge David S. Doty on 10/16/2015. (DLO) Modified text on 10/19/2015 (JDF). (Entered: 10/16/2015) |
| 10/19/2015 | 82 | | Minute Entry/Day 1 for proceedings held before Senior Judge David S. Doty: Arraignment as to Rex Lee Furman (1) Counts 1s−8s,9s−13s,14s−15s,16s,17s,18s held on 10/19/2015 & Voir Dire begun on 10/19/2015 on Counts 1s−8s,9s−13s,14s−15s,16s,17s,18s. (Court Reporter Staci Heichert) (CLB) (Entered: 10/20/2015) |
| 10/20/2015 | 84 | | Minute Entry/Day 2 for proceedings held before Senior Judge David S. Doty: Jury Trial as to Rex Lee Furman held on 10/20/2015 (Court Reporter Staci Heichert) (CLB) (Entered: 10/21/2015) |
| 10/21/2015 | 85 | | Minute Entry/Day 3 for proceedings held before Senior Judge David S. Doty: Jury Trial as to Rex Lee Furman held on 10/21/2015. (Court Reporter Staci Heichert) (CLB) (Entered: 10/22/2015) |
| 10/22/2015 | 86 | | Minute Entry for proceedings held before Senior Judge David S. Doty: Jury Trial as to Rex Lee Furman held on 10/22/2015 (Court Reporter Staci Heichert) (CLB) (Entered: 10/22/2015) |
| 10/22/2015 | 87 | | THE COURT'S JURY INSTRUCTIONS TO THE JURY as to Rex Lee Furman (DLO) (Entered: 10/22/2015) |
| 10/22/2015 | 88 | | THE COURT'S (SPECIAL) INSTRUCTIONS TO THE JURY as to Rex Lee Furman (DLO) (Entered: 10/22/2015) |
| 10/22/2015 | 89 | | REDACTED JURY VERDICT as to Rex Lee Furman (1) Guilty on Count 1s−8s,9s−13s,14s−15s,16s,17s,18s. Pursuant to Fed. R. Crim. P. 49.1, an unredacted version of this document is filed under seal. (Attachments: # 1 SEALED Original Jury Verdict)(AKL) Document QC'd by JGK on 11/3/2015 (JGK). (Entered: 10/23/2015) |

Appellate Case: 16-3238    Page: 9    Date Filed: 07/29/2016 Entry ID: 4432189

| | | | |
|---|---|---|---|
| 10/22/2015 | 90 | | SPECIAL VERDICT FORM as to Rex Lee Furman. Unredacted Version filed under seal. (AKL) Modified on 10/23/2015 (AKL). Document QC'd by JGK on 11/3/2015 (JGK). (Entered: 10/23/2015) |
| 10/22/2015 | 91 | | Unredacted Special Verdict Form as to Rex Lee Furman. (AKL) Document QC'd by JGK on 11/3/2015 (JGK). (Entered: 10/23/2015) |
| 10/23/2015 | 92 | | ORDER Denying Judgment of Aquittal as to Rex Lee Furman (Written Opinion). Signed by Senior Judge David S. Doty on 10/23/2015. (DLO) (Entered: 10/23/2015) |
| 12/14/2015 | 95 | | Letter to the Court re: Preliminary Notice as to Rex Lee Furman. (CLL) (Entered: 12/14/2015) |
| 12/18/2015 | 96 | | MOTION FOR PRELIMINARY ORDER OF FORFEITURE by USA as to Rex Lee Furman. (Alexander, James) (Entered: 12/18/2015) |
| 12/21/2015 | 97 | | ORDER granting 96 Motion for Preliminary Order of Forfeiture as to Rex Lee Furman (1). Signed by Senior Judge David S. Doty on 12/21/2015. (DLO) (Entered: 12/21/2015) |
| 12/28/2015 | 98 | | MOTION for Extension of Time to File Objections to Presentence Investigation Report by Rex Lee Furman. (Atwal, Manvir) (Entered: 12/28/2015) |
| 12/29/2015 | 99 | | ORDER granting 98 Motion for Extension of Time to File Objections to Presentence Investigation Report as to Rex Lee Furman (1). Signed by Senior Judge David S. Doty on 12/29/2015. (CLB) (Entered: 12/29/2015) |
| 01/26/2016 | 100 | | DECLARATION *OF PUBLICATION* by USA as to Rex Lee Furman (Attachments: # 1 Attachment 1) (Alexander, James) (Entered: 01/26/2016) |
| 02/02/2016 | 101 | | PRESENTENCE REPORT/ADDENDUM as to Rex Lee Furman. (CLL) (Entered: 02/02/2016) |
| 02/10/2016 | 103 | | ORDER In Re: Local Rule 49.1(c)(2)(I) as to Rex Lee Furman. Signed by Senior Judge David S. Doty on 2/10/2016. (CLB) (Entered: 02/10/2016) |
| 02/16/2016 | 104 | | Joint MOTION for Extension of Time to File Position Pleadings by USA as to Rex Lee Furman. (Williams, Melinda) (Entered: 02/16/2016) |
| 02/18/2016 | 105 | | ORDER granting 104 Motion for Extension of Time to File Position Pleadings as to Rex Lee Furman (1). Signed by Senior Judge David S. Doty on 2/18/2016. (DLO) (Entered: 02/18/2016) |
| 03/01/2016 | 106 | | MOTION for Extension of Time to File Position Pleadings by Rex Lee Furman. (Atwal, Manvir) (Entered: 03/01/2016) |
| 03/01/2016 | 107 | | ORDER granting 106 Motion for Extension of Time to File Position Pleadings as to Rex Lee Furman (1). Signed by Senior Judge David S. Doty on 3/1/2016. (DLO) (Entered: 03/01/2016) |
| 03/16/2016 | 108 | | MOTION for Extension of Time to File Position Pleadings by Rex Lee Furman. (Atwal, Manvir) (Entered: 03/16/2016) |
| 03/17/2016 | 109 | | ORDER granting 108 Motion for Extension of Time to File Position Pleadings on or before 4/1/2016 as to Rex Lee Furman (1). Signed by Senior Judge |

| | | | |
|---|---|---|---|
| | | | David S. Doty on 3/17/2016. (DLO) (Entered: 03/17/2016) |
| 04/25/2016 | 110 | | MOTION for Extension of Time to File Position Pleadings by Rex Lee Furman. (Atwal, Manvir) (Entered: 04/25/2016) |
| 04/25/2016 | 111 | | ORDER granting 110 Motion for Extension of Time to File Position Pleadings as to Rex Lee Furman (1). Signed by Senior Judge David S. Doty on 4/25/2016. (DLO) (Entered: 04/25/2016) |
| 04/26/2016 | 112 | | TEXT ONLY ENTRY: NOTICE of Setting Sentencing as to Rex Lee Furman: Sentencing set for 7/12/2016 09:30 AM in Courtroom 14W (MPLS) before Senior Judge David S. Doty. (CLB) (Entered: 04/26/2016) |
| 05/23/2016 | 113 | | TEXT ONLY ENTRY: NOTICE of Rescheduling of Hearing as to Rex Lee Furman. Sentencing set for 7/12/2016 9:30 a.m. is continued to 7/14/2016 10:00 AM in Courtroom 14W (MPLS) before Senior Judge David S. Doty. (CLB) (Entered: 05/23/2016) |
| 06/01/2016 | 114 | | TEXT ONLY ENTRY: NOTICE of Rescheduling Sentencing as to Rex Lee Furman: Sentencing set for 7/14/2016 10:00 AM is continued to 7/20/2016 09:00 AM in Courtroom 14W (MPLS) before Senior Judge David S. Doty. (CLB) (Entered: 06/01/2016) |
| 07/01/2016 | 118 | | MOTION to Seal Document by Rex Lee Furman. (Atwal, Manvir) (Entered: 07/01/2016) |
| 07/06/2016 | 120 | | ORDER granting 118 Motion to Seal Document as to Rex Lee Furman (1). Signed by Senior Judge David S. Doty on 7/6/2016. (CLB) (Entered: 07/06/2016) |
| 07/19/2016 | 122 | | Letter to the Court re: Status Update on Presentence Report as to Rex Lee Furman. (CLL) (Entered: 07/19/2016) |
| 07/19/2016 | 123 | | REVISED PRESENTENCE REPORT/ADDENDUM as to Rex Lee Furman. (CLL) (Entered: 07/19/2016) |
| 07/20/2016 | 125 | | Minute Entry for proceedings held before Senior Judge David S. Doty: Sentencing held on 7/20/2016 for Rex Lee Furman. (Court Reporter Maria Weinbeck) (CLB) (Entered: 07/20/2016) |
| 07/20/2016 | 126 | | SENTENCING JUDGMENT as to Rex Lee Furman (1), SENTENCED TO Counts 1s−18s, Custody of the BOP for a term of life on each of counts 1s−13s, 480 months on each of counts 14s−16s, and 240 months on count 17s, all counts to run concurrent to each other; 120 months on count 18s to run consecutively to all other counts; Life Term of Supervised Release; $3,000.00 Restitution; $1,800.00 total Special Assessment; Count(s) 1−8, 14−15, 16, 17, 18, 9−13, Dismissed. Signed by Senior Judge David S. Doty on 7/20/16. (AKL) Modified on 7/21/2016 (KMM). (Entered: 07/20/2016) |
| 07/20/2016 | 127 | | Statement of Reasons (Document Sealed) as to Rex Lee Furman. Document distributed to counsel and agencies on 7/20/2016. (AKL) (Entered: 07/20/2016) |
| 07/26/2016 | 128 | | MOTION FOR FINAL ORDER OF FORFEITURE by USA as to Rex Lee Furman. (Alexander, James) (Entered: 07/26/2016) |
| 07/26/2016 | 129 | | |

| | | | |
|---|---|---|---|
| | | | ORDER granting <u>128</u> MOTION FOR FINAL ORDER OF FORFEITURE as to Rex Lee Furman (1). Signed by Senior Judge David S. Doty on 7/26/2016. (DLO) (Entered: 07/26/2016) |
| 07/27/2016 | <u>130</u> | | JUDGMENT OF FORFEITURE as to Rex Lee Furman. (JDF) (Entered: 07/27/2016) |
| 07/28/2016 | <u>131</u> | | NOTICE OF APPEAL by Rex Lee Furman re <u>126</u> Judgment,, (Atwal, Manvir) (Entered: 07/28/2016) |
| 07/29/2016 | <u>132</u> | | REVISED INFORMATION SHEET TO U. S. COURT OF APPEALS, 8TH CIRCUIT as to Rex Lee Furman. (LPH) (Entered: 07/29/2016) |
| 07/29/2016 | | | Electronic transmission of Notice of Appeal and Docket Sheet as to Rex Lee Furman to US Court of Appeals re <u>131</u> Notice of Appeal – Final Judgment. Transmitted electronically the following documents: Notice of Appeal <u>131</u> , Judgment <u>126</u> , Revised Information Sheet <u>132</u> and District Court's Docket Sheet. (LPH) (Entered: 07/29/2016) |

AO 245B (Rev. 2/16)  Sheet 1 - Judgment in a Criminal Case

# United States District Court

### District of Minnesota

UNITED STATES OF AMERICA

v.

**Rex Lee Furman**

**JUDGMENT IN A CRIMINAL CASE**
Case Number: **14-323(DSD/LIB)**
USM Number: **18235-041**
Social Security Number: **5700**
Date of Birth: **1962**

**Manvir K. Atwal**
Defendant's Attorney

**THE DEFENDANT:**

[]      pleaded guilty to count(s): .

[]      pleaded nolo contendere to counts(s) which was accepted by the court .

[**X**]      was found guilty on counts **1 - 18** after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 2251(a), 2251(e) 3559(e) | Production of child pornography | 9/3/2012 | 1-8 |
| 18 USC §§ 2251(a), 2251(e) 3559(e) and 2 | Production of child pornography | 8/26/2012 | 9-13 |
| 18 USC §§ 2252(a)(2) and 2252(b)(1) | Distribution of child pornography | 10/15/2013 and 8/23/2013 | 14-15 |
| 18 USC §§ 2252(a)(2) and 2252(b)(1) | Receipt of child pornography | 12/2/2013 | 16 |
| 18 USC §§ 2252(a)(4)(B) and 2252(b)(2) | Possession of child pornography | 2/13/2014 | 17 |
| 18 USC § 2260A | Commission of a felony offense involving a minor when required to register as a sex offender | 8/26/2012 - 9/3/2012 | 18 |

     The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[]      The defendant has been found not guilty on counts(s) **.**

[]      Count(s)  (is)(are) dismissed on the motion of the United States.

     It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**July 20, 2016**
Date of Imposition of Judgment

s/David S. Doty
Signature of Judge

**DAVID S. DOTY**, Senior United States District Judge
Name & Title of Judge

**July 20, 2016**
Date

Appellate Case: 16-3238   Page: 13   Date Filed: 07/29/2016 Entry ID: 4432189

July 29 2016 p 13

AO 245B (Rev. 10/11)  Sheet 2 - Imprisonment

DEFENDANT:            REX LEE FURMAN
CASE NUMBER:          14-323(DSD/LIB)

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of **life plus 10 years consecutive. This term consists of a term of life on each of Counts 1 through 13, 480 months on each of Counts 14 through 16, 240 months on Count 17, all counts to run concurrent to each other. Count 18 mandates 120 months to be served consecutive to all other counts**.

[**X**]      The court makes the following recommendations to the Bureau of Prisons:

**Incarceration at FMC-Rochester, Rochester, MN**

[**X**]      The defendant is remanded to the custody of the United States Marshal.

[]      The defendant shall surrender to the United States Marshal for this district.
        [] at   on .
        [] as notified by the United States Marshal.

[]      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [] before  on .
        [] as notified by the United States Marshal.
        [] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on_____ to _____

a _____ , with a certified copy of this judgment.


_____
United States Marshal


By   _____
Deputy United States Marshal

AO 245B (Rev. 10/11)  Sheet 3 - Supervised Release

DEFENDANT:            REX LEE FURMAN
CASE NUMBER:          14-323(DSD/LIB)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **life on all counts.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

[]      The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[X]     The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X]     The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

[X]     The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.(Check, if applicable.)

[]      The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without permission of the court or probation officer;
2)   the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependants and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

July 29 2016 p 15
Appellate Case: 16-3238    Page: 15    Date Filed: 07/29/2016 Entry ID: 4432189

AO 245B (Rev. 10/11)  Sheet 3A - Supervised Release

DEFENDANT:            REX LEE FURMAN
CASE NUMBER:        14-323(DSD/LIB)

# SPECIAL CONDITIONS OF SUPERVISION

**a)**  Defendant  shall submit his  person, residence, office, vehicle or an area under his control to a search conducted by a U.S. Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation.  Defendant shall warn any other residents or third parties that the premises and areas under his control may be subject to searches pursuant to this condition.

**b)**  The defendant shall not possess or use a computer or have  access to any on-line service without the prior approval of the U.S. Probation Office and Pretrial Services Office.  The defendant's cooperation shall include, but not limited to, allowing installation of a computer and internet monitoring program and /or identifying computer systems, internet-capable devices, and similar memory and electronic devices to which the defendant has access.  Monitoring may include random examinations of computer systems along with internet, electronic, and media storage devices under the defendant's control.  The computer system or devices may be removed for a more thorough examination, if necessary.  The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the U. S. Probation Office and Pretrial Services Office.

**c)**  The defendant shall not possess, view, access, or otherwise use child pornography or any material that is sexually stimulating or sexually oriented deemed to be in appropriate by the U.S. Probation Officer in consultation with the treatment provider.

**d)**  The defendant shall provide the probation officer access to any requested financial information, including credit reports, credit card bills, bank statements, and telephone bills.

**e)**  The defendant shall participate in sex offender and/or mental health treatment as approved by the probation officer and shall submit to risk assessment which may include but is not limited to physiological testing and polygraph/truth verification testing.  Polygraph testing may be used following completion of primary treatment as directed by the probation officer to monitor adherence to the goals and objectives of treatment.  Sex offender assessments and treatment are to be conducted by a therapist approved in advance by the probation office.  Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment .

**f)**  The defendant shall have no contact with the victims **AZ or SZ** including letters, communication devices, audio, or visual devices, visits, or any contact through a third party without prior consent of the probation officer.

**g)**  The defendant shall not associate with persons under the age of 18 except in the presence of a responsible adult who is aware of the nature of the defendant's background and current offense and who has been approved by the probation officer .

**h)**  The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit without approval of the probation officer.

AO 245B (Rev. 10/11)  Sheet 5 - Criminal Monetary Penalties

| DEFENDANT: | REX LEE FURMAN |
|---|---|
| CASE NUMBER: | 14-323(DSD/LIB) |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $1800 | -0- | $3000 |

[]    The determination of restitution is deferred until . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[X]    The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

     If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. §3664(i), all nonfederal victims must be paid before the United States is paid.

| Name and Address of Payee | **Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Guardian of victims AZ and SZ (the government shall submit the remittance address to the Clerk's Office) | | $3,000.00 | |
| | | | |
| | | | |
| TOTALS: | $0.00 | $3,000.00 | 0.00% |
| **Payments are to be made to the Clerk, U.S. District Court, for disbursement to the victim.** | | | |

[]    Restitution amount ordered pursuant to plea agreement **$**.

[]    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. §3612(g).

[X]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     [X]    the interest requirement is waived for the [] fine [X] restitution.

     []    the interest requirement for the: [] fine  [] restitution is modified as follows:

   ** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 10/11)  Sheet 6 - Schedule of Payments

| | |
|---|---|
| DEFENDANT: | REX LEE FURMAN |
| CASE NUMBER: | 14-323(DSD/LIB) |

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   **[X]**   Lump sum payment of  **$3000** due immediately.

　　　　　　[] not later than , or
　　　　　　**[X]** in accordance **[X]** C, **[X]** D, [] E, or  **[X]** F below; or

B   **[]**   Payment to begin immediately (may be combined with [] C, [] D, or [] F below); or

C   **[X]**   Payments in either quarterly installments of **a** minimum of **$25** over a period of incarceration, if working non-UNICOR or a minimum of 50 percent of monthly earnings if working UNICOR.  It is recommended that the defendant participate in the Inmate Financial Responsibility Program while incarcerated.

D   **[X]**   Payment in equal monthly installments of no less than **$25** over a period of 3 years, to commence 30 days after the release from imprisonment.

E   **[]**   Payment during the term of supervised release will commence within  (e.g. 30 or 60 days ) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   **[X]**   Special instructions regarding the payment of criminal monetary penalties:

　　　　　　**If defendant has not satisfied the full restitution obligation prior to termination from supervised release, defendant must pay the full remaining restitution.  The obligation to pay restitution, fines, or penalties shall terminate the later of 20 years from the entry of judgment, or 20 years after the defendant's release from imprisonment, or upon his death.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[]   Joint and Several
　　　Defendant and Co-Defendant Names and  Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

[]   The defendant shall pay the cost of prosecution.

[]   The defendant shall pay the following court cost(s):

[X]   The defendant shall forfeit the defendant's interest in the following property to the United States:

　　　**See Preliminary Order of Forfeiture Docket No. 96.**

Payments shall be applied in the following order: (1) assessment, (2) restitution  principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7)penalties, and (8) costs, including costs of prosecution and court costs.

UNITED STATES DISTRICT COURT
for the District of Minnesota

# NOTICE OF APPEAL

USCA 8 NO _____

United States of America,
　　　Plaintiff,

　　　　　　　　v.

Rex Lee Furman,
　　　Defendant.

CR 14-323 (DSD/LIB)
District Court Docket Number

Honorable David S. Doty
U.S. District Court Judge

　　　Notice is given that Rex Lee Furman appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment & Commitment Order entered in this action on July 20, 2016.

**_s/ Manny K. Atwal_**
Signature of Defendant's Counsel

300 South Fourth Street, Suite 107
Street Address / Room Number

Minneapolis, MN 55415
City, State, Zip

Manny K. Atwal, ID 282029
Typed Name of Defendant's Counsel, Attorney ID No.

612-664-5858
Telephone Number

July 27, 2016
Date

---

## TRANSCRIPT ORDER FORM
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

Please Prepare a transcript of:

☐　Pre Trial Proceedings

☐　Testimony <u>or</u>

☐　Portions thereof:

☐　Trial Proceedings (specify if to include jury selection, opening statements, closing arguments, and jury instructions)

☐　Post Trial Proceedings

☐　Change of Plea

✔　Sentencing

☐　Other (Specify):

I am not ordering a transcript because

☐　Previously filed

☐　Other (Specify): <u>　　　　　　</u>

---

## CERTIFICATE OF COMPLIANCE

Appellant hereby certifies that copies of this notice of appeal/transcript order form have been filed/served upon U.S. District Court, court reporter, and all counsel of record, and that satisfactory arrangements for payment of costs of transcripts ordered have been made with the court reporter.  (FRAP 10(b)).  Method of Payment:  ___ Funds,  X  Authorization sent to reporter.

| Attorney's Signature | **_s/ Manny K. Atwal_** | Date | **_July 28, 2016_** |
|---|---|---|---|

## INFORMATION SHEET
### TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address:    Reg. No. 18235-041

    Sherburne County Jail, 13880 Highway 10, Elk River, MN 55330

2. Date of Verdict:    N/A                    Jury ☐    Non-Jury ☐

    Offenses:    18:2251.F, 18:3559C.F, 18:2252A.F, 18:2260A.F

    Trial        Number of Days:            Bail Status:

3. Date & Sentence Imposed:    July 20, 2016

4. Appealing:    Sentence ✔        Conviction ✔        Both ☐

    Challenging:        ☐   Application of Sentencing Guidelines   ☐   Both Application and Constitutionality

    ☐ Constitutionality of Guidelines        ☐ Reasonableness of Sentence

    ☐ Application of ACCA            ☐ Other:

    _____

5. Date Transcript ordered by Counsel or District Court:

    Stenographer in Charge:    Maria Weinbeck
    (Name, Address, Phone)    300 South Fourth Street, Suite 1005
    Minneapolis, MN 55415
    612-664-5109

6. Trial Counsel Was:    ☒ Appointed (no fee required)    ☐ Retained
    (filing fee $105 unless IFP granted)

    Does Defendant's financial status warrant appointment of counsel on appeal? ☒ Yes   ☐ No

    Affidavit of Financial Status filed:    N/A

    Is there any reason why trial counsel should not be appointed as counsel on appeal? ☐ Yes   ☒ No

7. Assistant U.S. Attorney Name and Phone Number:        Melinda Williams & Alexandra Gelber
    612-664-5600

### Court Reporter Acknowledgment

_____    _____    _____
Date Order Received        Estimated Completion Date        Estimated Number of Pages

_____                    _____
Court Reporter's Signature                    Date

# UNITED STATES DISTRICT COURT
## District of Minnesota

## REVISED INFORMATION SHEET-Criminal Cases Only

1. United State of America v.  Rex Lee Furman  CR 14-323 DSD/LIB

2. Defendant and Address:     Reg. No. 18235-041
   Sherburne County Jail
   13880 Highway 10
   Elk River, MN  55330

3. Date of Verdict: 10/22/15  Length of trial: 3 days. ☒ By Jury

4. Appealing:   ☒ Both Sentence and Conviction

5. Sentence:  Custody of BOP for Life , Life term supervised release, special assmt of $1800.00

6. Date sentence imposed: 7/20/16

7. Defendant incarcerated? ☒ Yes

8. Financial Status: Fee paid?  ☒ N/A Counsel appointed

9. Notice of Appeal was filed on 7/28/16

10. Court Reporter:

    Maria Weinbeck

11. Trial Counsel:

    Manivr Atwal
    Office of the Federal Defender
    300 S 4th St Ste 107
    Mpls, MN 55415
    (612) 664-5858

12. Trial Counsel was:   ☒ Appointed

    Is there any reason why trial counsel should not be appointed on appeal?   ☒ No

13. Assistant U.S. Attorney:  Melinda Willams & Alexandra Gelber  612-664-5600

14. List of other defendants in this case & disposition: N/A

15. Additional Comments:

    ☒Probation-Please send the PSI, addendums and Statement of Reasons to the Criminal Unit.


Prepared by: LPH